| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>SILLS CUMMIS & GROSS P.C.<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>(973) 643-7000<br>ANDREW H. SHERMAN<br>BORIS I. MANKOVETSKIY<br>*Special Counsel to the State of New Jersey* | |
| In re:<br><br>BIRDSALL SERVICES GROUP, INC., *et al.*,<br><br>Debtors. | Case No.: 13-16743 (MBK)<br><br>Chapter 11<br>(Joint Administration Pending) |

## NOTICE OF APPEAL

The State of New Jersey, a party in interest in the above-captioned bankruptcy cases, appeals, under 28 U.S.C. § 158(a), from (i) the Interim Order of the Bankruptcy Court Authorizing the Debtors' Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2) and Federal Rule of Bankruptcy Procedure 4001 and Scheduling Final Hearing Date (the "Interim Order"), entered in these bankruptcy cases on April 1, 2013, and the Orders of the Bankruptcy Court Appointing a Trustee Pursuant to 11 U.S.C. § 1104(a) and Authorizing the Debtors' Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2) and Federal Rule of Bankruptcy Procedure 4001 entered in these bankruptcy cases on April 8, 2013.

The names of all parties to the foregoing Orders appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Parties | Counsel |
|---|---|
| Birdsall Services Group, Inc. and BSG Engineering, Surveying & Landscape Architecture, LLC (collectively, the "Debtors") | WILENTZ, GOLDMAN & SPITZER, P.A.<br>90 Woodbridge Center Drive<br>Suite 900, Box 10<br>Woodbridge, New Jersey 07095-0958<br>(732) 636-8000<br>DAVID H. STEIN<br>*Proposed Counsel to the Debtors*<br><br>Gibbons P.C.<br>One Gateway Center<br>Newark, New Jersey 07102-5310<br>(973) 596-4500 |

2271204 v1

|  | KAREN A. GIANELLI<br><br>*Proposed Counsel to the Debtors* |
|---|---|
| Bank of America, N.A., Creditor | WILSON ELSER MOSKOWITZ EDELMAN & DICKEN LLP<br>200 Campus Drive<br>Florham Park, New Jersey 07932<br>(973) 624-0800<br>SCOTT A. ZUBER<br><br>*Counsel to Bank of America* |
| The State of New Jersey, Party-in-Interest | SILLS CUMMIS & GROSS P.C.<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>(973) 643-7000<br>ANDREW H. SHERMAN<br>BORIS I. MANKOVETSKIY<br><br>*Special Counsel to the State of New Jersey* |
| United States Trustee for the District of New Jersey | UNITED STATES TRUSTEE<br>One Newark Center<br>Newark, New Jersey 07102<br>(973) 645-3014<br>MITCHELL B. HAUSMAN<br>JEFFREY M. SPONDER |

Respectfully submitted by,

SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000
*Special Counsel to the State of New Jersey*

By:   /s/ Andrew H. Sherman
          Andrew H. Sherman

Dated:  April 8, 2013

2271204 v1