UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ROBERTA A. DeANGELIS
UNITED STATES TRUSTEE, REGION 3
Martha R. Hildebrandt, Esquire (MH 9031)
Mitchell B. Hausman, Esq. (MH 1464)
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| Birdsall Services Group, Inc., *et al.*, | : | |
| | : | Case No. 13-16743 (MBK) |
| Debtors. | : | |
| | : | |

NOTICE OF APPOINTMENT OF TRUSTEE

TO:    Edwin H. Stier, Esq.
       176 Tamarack Cir.
       Skillman, NJ 08558

     You are hereby notified of your appointment as Trustee of the estate of the above captioned debtor, subject to Court approval and securing a bond.  The amount of your bond has been initially fixed at $5,316,233.00.  Pursuant to 11 U.S.C. § 322, the bond must be filed with the United States Trustee within five (5) days of the date of your appointment.  You are responsible for monitoring the amount of funds on hand and to ensure that the bond is set in an amount that is, at a minimum**,** 115% of the balance of funds on hand or such higher percentage as you deem appropriate to protect the assets of the estate.

                                  ROBERTA A. DeANGELIS
                                  UNITED STATES TRUSTEE
                                  REGION 3


                    By:    */s/ Martha R. Hildebrandt*
                              Martha R. Hildebrandt
                              Assistant United States Trustee

Dated: April 15, 2013