UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ROBERTA A. DeANGELIS
UNITED STATES TRUSTEE, REGION 3
Martha R. Hildebrandt, Esquire (MH 9031)
Mitchell B. Hausman, Esq. (MH 1464)
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| Birdsall Services Group, Inc., *et al.*, | : |
| | : Case No. 13-16743 (MBK) |
| Debtors. | : |
| | : |

APPLICATION FOR ORDER APPROVING
APPOINTMENT OF TRUSTEE

The United States Trustee (the "Applicant") hereby applies to the Court pursuant to Fed. R. Bankr. P. 2007.1 for an Order Approving the Appointment of Trustee, and in support thereof, states:

1. The Applicant has appointed Edwin H. Stier as trustee in the above captioned case.

2. Counsel for the Applicant has consulted with the following parties in interest regarding the appointment of the trustee:

> Karen A. Giannelli, Esq.
> Gibbons P.C.
> One Gateway Center
> Newark, NJ 07102-5310
> *(Counsel for Debtors)*

> Andrew H. Sherman, Esq.
> Sills Cummis & Gross, P.C.
> One Riverfront Plaza
> The Legal Center
> Newark, NJ 07102
> *(Counsel for State of New Jersey)*

      Scott Zuber, Esq.
      Wilson Elser LLP
      200 Campus Drive
      Florham Park, NJ 07932-0668
      (*Counsel for creditor, Bank of America, N.A*)

   3. To the best of the Applicant's knowledge, the trustee's connections with the debtor, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed in the Office of the United States Trustee, are limited to the connections set forth in the Verified Statement filed in support of this Application.

   WHEREFORE, the Applicant requests entry of an Order Approving the Appointment of Edwin H. Stier as Trustee in the above captioned case.

   DATED this 15th day of April, 2013.

                                ROBERTA A. DeANGELIS
                                UNITED STATES TRUSTEE
                                REGION 3


                By:    */s/Martha R. Hildebrandt*
                        Martha R. Hildebrandt
                        Assistant United States Trustee