UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ROBERTA A. DeANGELIS
UNITED STATES TRUSTEE, REGION 3
Martha R. Hildebrandt, Esquire (MH 9031)
Mitchell B. Hausman, Esq. (MH 1464)
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: Birdsall Services Group, Inc., *et al.*, Debtors. | Chapter 11<br>Case No. 13-16743 (MBK) |

### VERIFIED STATEMENT OF EDWIN H. STIER

I hereby verify that I have no connections with the debtor, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as follows: **(If you have no connections, write "none".)**

*none*

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Edwin H. Stier

DATE: 4/15/13