# WASSERMAN, JURISTA & STOLZ
## ATTORNEYS AT LAW



ROBERT B. WASSERMAN
STEVEN Z. JURISTA
DANIEL M. STOLZ
LEONARD C. WALCZYK
SCOTT S. REVER**
DONALD W. CLARKE+

**ALSO MEMBER OF PA BAR
+ ALSO MEMBER OF NY BAR

A PROFESSIONAL CORPORATION

225 MILLBURN AVENUE - SUITE 207
P.O. BOX 1029
MILLBURN, N.J. 07041

www.WJSLAW.com

TEL (973) 467-2700
FAX (973) 467-8126

OF COUNSEL

STUART M. BROWN
KENNETH L. MOSKOWITZ+
NORMAN D. KALLEN
KEITH E. MARLOWE+

EMAIL: DSTOLZ@WJSLAW.COM

May 1, 2013

*Via ECF and e-mail chambers_of_mbk@njb.uscourts.gov*
Honorable Michael B. Kaplan
United States Bankruptcy Court
for the District of New Jersey
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

    In re: Birdsall Services Group, Inc.,
           Case No. 13-16743(MBK)
           Our File No. 8043

*-Filing of Schedules and Statement of Financial Affairs-*

Dear Judge Kaplan:

    This firm represents Edwin H. Stier, Chapter 11 Trustee in the above referenced matters. We are aware that the Court has extended the deadline for the filing of Schedules and Statement of Financial Affairs in these cases until April 29th.

    Unfortunately, because the Trustee and his professionals and the Debtors' staff have been required to pay attention to other emergent issues, we were unable to file the Schedules and the Statement of Affairs by April 29th. The Debtors' personnel, under the supervision of the Trustee's financial advisors, are diligently working on the preparation of the Schedules and the Statement of Financial Affairs. We anticipate that they will be filed early next week.

    We thank the Court for its indulgence in this matter.

                                  Respectfully yours,
                                  WASSERMAN, JURISTA & STOLZ, PC

                                  DANIEL M. STOLZ

DMS:bt

cc:    Donald F. Conway, CPA *(via e-mail dconway@mercadien.com)*
       Edwin H. Stier, Esq., Chapter 11 Trustee *(via e-mail ehstier@aol.com)*