# WASSERMAN, JURISTA & STOLZ
## ATTORNEYS AT LAW



### A PROFESSIONAL CORPORATION

ROBERT B. WASSERMAN
STEVEN Z. JURISTA
DANIEL M. STOLZ
LEONARD C. WALCZYK
SCOTT S. REVER°°
DONALD W. CLARKE⁺

°°ALSO MEMBER OF PA BAR
⁺ ALSO MEMBER OF NY BAR

225 MILLBURN AVENUE - SUITE 207
P.O. BOX 1029
MILLBURN, N.J. 07041

www.WJSLAW.com

TEL (973) 467-2700
FAX (973) 467-8126

OF COUNSEL

STUART M. BROWN
KENNETH L. MOSKOWITZ⁺
NORMAN D. KALLEN
KEITH E. MARLOWE⁺

DCLARKE@WJSLAW.COM

May 2, 2013

## NOTICE TO ALL PARTIES PURSUANT TO
## ORDER SHORTENING TIME PERIOD FOR NOTICE FILED MAY 1, 2013

Honorable Michael B. Kaplan
United States Bankruptcy Court
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608
*E-Mail: chambers_of_mbk@njb.uscourts.gov*

**Re:   BIRDSALL SERVICES GROUP, INC.,** *et al.*
**Case No. 13-16743**

Dear Judge Kaplan:

The undersigned represents Edwin H. Stier, Esq., Chapter 11 Trustee for the above-referenced jointly administered estates of Birdsall Services Group, Inc. ("Birdsall") and BSG Engineering, Surveying and Landscaping Architecture, LLC ("BSG", collectively with Birdsall, the "Debtors"). Please accept this letter in lieu of a more formal pleading amending the *Application in Support of the Trustee's Motion for an Order Authorizing Bonus Payments to Employees Pursuant to 11 U.S.C. §§ 105(a), 363(b)(1) and 503(c)(3)* (the "Application").

Paragraph 19 of the Application erroneously states that the bonus payments will be distributed "to those Key Employees who remain with the Debtors through June 15, 2013." The Trustee intends to make one half of the allowed bonus payment upon the Court's authorization of this motion, and the second half will be distributed upon the closing of a sale.

Based upon the foregoing Amendment to the Application, the Application and Certification submitted with the Trustee's motion, the Trustee respectfully requests the entry of the proposed Order

Authorizing Bonus Payments to Employees Pursuant to 11 U.S.C. §§ 105(a), 363(b)(1) and 503(c)(3), together with such other and further relief as is just and equitable

Respectfully submitted,

**WASSERMAN, JURISTA & STOLZ, P.C.**
Counsel to Edwin H. Stier, Esq.,
Chapter 11 Trustee

*/s/Donald W. Clarke*

By:_____

**DONALD W. CLARKE**

cc:    All parties pursuant to Order Shortening Notice, filed May 1, 2013