UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WASSERMAN, JURISTA & STOLZ, PC
225 Millburn Avenue, Suite 207
Millburn, New Jersey 07041
(973) 467-2700
Attorneys for Trustee
DANIEL M. STOLZ
DONALD W. CLARKE

In Re:

BIRDSALL SERVICES GROUP, INC.,: et al.

Case No.:    13-16743 MBK

Adv. No.:

Hearing Date:    5/15/2013 at 2:00 p.m.

Judge:    Michael B. Kaplan

Order Filed on 05/06/2013 by Clerk U.S. Bankruptcy Court District of New Jersey

# ORDER SHORTENING TIME PERIOD
# FOR NOTICE AND SETTING HEARING

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: 05/06/2013**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon consideration of the application of _____Edwin H. Stier, Chapter 11 Trustee_____ for notice under Fed. R. Bankr. P. 9006(c)(1), and for cause shown, it is

ORDERED as follows:

1. The time period required by Local Bankruptcy Rule 9013-1 or Fed. R. Bankr. P. 2002 or other rule for notice of hearing on _Motion for an Order Approving Bidding Procedures_ is hereby shortened as set forth herein.

2. Hearing shall be conducted on the aforesaid motion/application on _____May 15_____, 20 _13_ at _2:00 p_.m. in the United States Bankruptcy Court _____US Bankruptcy Court, 402 East State Street, Trenton, NJ 08608_____, Courtroom No. __2__.

3. True copies of this order, the application for it, and the moving papers shall be served upon _____all parties in interest_____ by:

- ❏ fax,
- ☑ overnight mail,
- ☑ email,
- ❏ hand delivery,
- ❏ regular mail,

and within

- ❏ _____ day(s) of the date hereof, or
- ☑ on the same date as the order.

4. ~~Immediate telephone notice of entry of this order shall also be given to said parties.~~

5. Any objections to said motion/application:

   ❏ shall be filed and served so as to be received no later than _____

   ☑ may be presented at the hearing.

6. ☑ Court appearances will be required to prosecute said motion/application and any objections.

   ❏ Any objector may appear by telephone at the hearing.

   ❏ The hearing will be held by telephone conference call, to be arranged by the applicant.

*rev.6/1/06.jml*

*Approved by Judge Michael Kaplan May 06, 2013*