**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

**WASSERMAN, JURISTA & STOLZ, P.C.**
225 Millburn Avenue - Suite 207
P.O. Box 1029
Millburn, New Jersey  07041
Phone: (973) 467-2700
Fax: (973) 467-8126
*Counsel to Trustee, Edwin H. Stier*
*DANIEL M. STOLZ, ESQ.*

In Re:

**BIRDSALL SERVICES GROUP, INC., et al,**

Debtor.

Case No.:  13-16743(MBK)

Hearing Date:   May 15, 2013 at 2:00 p.m.

Judge:  Michael B. Kaplan

Chapter:  11

## CERTIFICATION OF SERVICE

1.  I, **BETSAIDA TORRES**:

    ☐  represent the _____ in the above-captioned matter.

    ☒  am the secretary/paralegal for DANIEL M. STOLZ, ESQ., who represents the Chapter 11

    Trustee, Edwin H. Stier in the above captioned matter.

    ☐  am the _____ in the above case and am representing myself.

2.  On May 6, 2013, I sent a copy of the following pleadings and/or documents to the parties listed in

    the chart below:

    - Trustee's Motion Pursuant to 11 U.S.C. Sections 105(a), 363 and 365, and Bankruptcy Rules 2002, 6004 and 6006 for Entry of an Order (a) Approving Bidding Procedures and Notice of the Auction Relating thereto, (B) Scheduling Hearing to Consider Sale of Substantially all of the Debtors' Assets (C) Approving Bid Protections and Expenses Reimbursement; and (II) Entry of an Order (A) Authorizing and Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (B) Authorizing and Approving the Asset Purchase Agreement with Respect thereto, (C) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases as Necessary in Connection with the Sale and D) Granting Related Relief;
    - Proposed form of Order (A) Approving Bidding Procedures and Notice of the Auction Relating to Sale of Substantially all of the Debtors' Assets, (B) Scheduling Hearing to Consider Sale of Substantially all of the Debtors' Assets, (C) Approving Bid Protections, and (D) Granting Related Relief;
    - Application for Order Shortening Time Period for Notice under Fed. R. Bankr.P. 9006(c)(1); and

1

- Order Shortening Notice and Setting Hearing for May15, 2013 at 2:00 p.m. entered by Honorable Michael B. Kaplan.

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of

service indicated.

/s/ Betsaida Torres

Dated:  May 6, 2013          _____

BETSAIDA TORRES

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| MITCHELL HAUSMAN, ESQ.<br>OFFICE OF THE U.S. TRUSTEE,<br>U.S. DEPARTMENT OF JUSTICE<br>ONE NEWARK CENTER, SUITE 2100,<br>NEWARK, NEW JERSEY 07102 | Trial Attorney | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |
| **STATE OF NEW JERSEY**<br>DEREK A. MILLER<br>FOR: JEFFREY S. CHIESA, ATTY GENERAL STATE OF NEW JERSEY<br>DIV CRIMINAL JUSTICE, FINANCIAL & COMPUTER CRIMES BUREAU<br>5 EXECUTIVE CAMPUS,<br>CHERRY HILL, NEW JERSEY 08002 | Deputy Attorney General | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>☒ Other served upon counsel via e-mail<br>(as authorized by the court *) |
| ANDREW H. SHERMAN, Esq.<br>BORIS I. MANKOVETSKIY, Esq.<br>SILLS CUMMIS & GROSS P.C.<br>ONE RIVERFRONT PLAZA , NEWARK, NEW JERSEY 07102 | Special Counsel to State of New Jersey | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |
| SCOTT A. ZUBER, ESQ.<br>DANIEL F. FLORES, ESQ.<br>MARIE POLITO HOFSDAL, ESQ.<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br>200 CAMPUS DRIVE<br>FLORHAM PARK, NJ 07932 | Counsel to Bank of America | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |
| MARK B. CONLAN, ESQ.<br>KAREN A. GIANNELLI, ESQ.<br>GIBBONS, PC<br>ONE GATEWAY CENTER<br>NEWARK, NJ 07102 | Counsel to Debtor and BSG Engineering, Surveying and Landscaping Architecture, LLC | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |

| | | |
|---|---|---|
| DAVID H. STEIN, ESQ.<br>WILENTZ, GOLDMAN & SPITZER, P.A.<br>90 WOODBRIDGE CENTER DRIVE<br>P.O. BOX 10<br>WOODBRIDGE, NJ 07095 | Counsel to Birdsall Services Group | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| EDWARD L. PAUL, ESQ.<br>PAUL & KATZ, ESQ.<br>1103 LAUREL OAK ROAD<br>SUITE 105C<br>VOORHEES, NJ 08043 | Counsel to Creditor Soil Borings, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| GARY L. STEIN, ESQ.<br>O'DONNELL, WEISS & MATTEI, P.C.<br>41 EAST HIGH STREET<br>POTTSTOWN, PA 19464-5426 | Counsel for Creditor Keystone Engineering Group, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| JOEL R. GLUCKSMAN, ESQ.<br>SCARINCI HOLLENBECK, LLC<br>1100 VALLEY BROOK AVENUE<br>PO BOX 790<br>LYNDHURST, NJ 07071 | Counsel for True North Emergency Management, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| DAVID N. RAVIN, ESQ.<br>BETH J. ROTENBERG, ESQ.<br>WOLFF & SAMSON PC<br>ONE BOLAND DRIVE<br>WEST ORANGE, NJ 07052 | Counsel to Creditor Mack-Cali Building | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| JEFFREY T. TESTA, ESQ.<br>CLEMENT J. FARLEY, ESQ.<br>SCOTT H. BERNSTEIN, ESQ.<br>McCARTER & ENGLISH, LLP<br>FOUR GATEWAY CENTER<br>100 MULBERRY STREET<br>NEWARK, NJ 07102 | Counsel to John C. Morris, Jr. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order
Shortening Time.                                                                                    *new. 3/15/12*