Order Filed on
05/06/2013
by Clerk U.S. Bankruptcy
Court District of New Jersey

| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**WASSERMAN, JURISTA & STOLZ, P.C.**<br>225 Millburn Avenue - Suite 207<br>Millburn, New Jersey  07041<br>Phone: (973) 467-2700<br>Fax: (973) 467-8126<br>Counsel to Edwin H. Stier, Esq.,<br>Chapter 11 Trustee<br>**DANIEL M. STOLZ**<br>**DONALD W. CLARKE** |

| | |
|---|---|
| In Re:<br><br>**BIRDSALL SERVICES GROUP, INC.**, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 13-16743<br>(Jointly Administered Case No. 13-16746)<br><br>Hon. Michael B. Kaplan |

**ORDER AUTHORIZING BONUS PAYMENTS TO EMPLOYEES**
**PURSUANT TO 11 U.S.C §§ 105(a), 363(b)(1) AND 503(c)(3)**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby

**ORDERED.**

**DATED: 05/06/2013**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

5521783v.1

Page 2

| | |
|---|---|
| Debtor: | **BIRDSALL SERVICES GROUP, INC.,** et al |
| Case no.: | 13-16743 (Jointly Administered Case No.: 13-16746) |
| Caption of Order: | Order Authorizing Bonus Payments to Employees Pursuant to 11 U.S.C. §§ 105(a), 363(b)(1) and 503(c)(3) |

_____

**THIS MATTER**, having been opened to the Court by Edwin H. Stier, Esq., Chapter 11 Trustee (the "Trustee") for the above-referenced jointly administered estates of Birdsall Services Group, Inc. ("Birdsall") and BSG Engineering, Surveying and Landscaping Architecture, LLC ("BSG", collectively with Birdsall, the "Debtors"), by and through his counsel, Wasserman, Jurista & Stolz, P.C., upon motion for entry of an Order Authorizing the Debtors to Make Bonus Payments to Employees Pursuant to 11 U.S.C. §§ 105(a), 363(b)(1) and 503(c)(3), and the Court having reviewed the Trustee's motion and any opposition thereto and finding good cause for the entry of this Order, it is hereby

**ORDERED**, that the Debtors are authorized to make the distribution to the Key Employees listed on attached **Exhibit "A"** as follows:

(1) Each Key Employee shall receive half of the amount of his/her distribution upon the signing of a retention agreement between the Key Employee and the Debtors; and

(2) Each Key Employee shall receive the remaining the half of the amount of his/her distribution within 3 days of the closing of any sale of essentially all of the assets of the Debtors.

**IT IS FURTHER ORDERED,** that in no event shall the payment of any portion of the distribution to Key Employees cause or result in a variance from (a) the provisions of any cash collateral order and/or (b) the cash collateral budget in effect at the time of the distribution.

5521783v.1

*Approved by Judge Michael Kaplan May  06, 2013*

Page 3

| | |
|---|---|
| Debtor: | **BIRDSALL SERVICES GROUP, INC.,** et al |
| Case no.: | 13-16743 (Jointly Administered Case No.: 13-16746) |
| Caption of Order: | Order Authorizing Bonus Payments to Employees Pursuant to 11 U.S.C. §§ 105(a), 363(b)(1) and 503(c)(3) |

_____

**IT IS FURTHER ORDERED,** that no employee indicted for conduct related to the Debtors shall be entitled to receive a distribution hereunder.

5521783v.1

*Approved by Judge Michael Kaplan May 06, 2013*

| DIV | TITLE | Name | 2013 RETENTION BONUS Total |
|---|---|---|---|
| Corp | CFO | Barron, William | |
| E3 | DOO | Broderick, Clare | |
| LD | Pres. | Eareckson, Dave | |
| E3 | SVP | Erickson, Richard | |
| E3 | SVP | *Fastiggi, Fred* | |
| LD | DOO | Giuliano, Mike | |
| E3 | SVP | Keller, Joe | |
| EC | SVP | Kinsella, Tim | |
| EC | Pres. | *Lorimer, Pat* | |
| IPS | SVP | Maloney, Richard | |
| Corp | Business Development | Morris, Chris | |
| Corp | Pres/CEO | Orlando, Ralph | |
| E3 | SVP | Panzarino, Paul | |
| IPS | Pres. | Priolo, Jim | |
| IPS | SVP | Raichle, Andrew | |
| Corp | MIS Dir. | Seymour, Dianne | |
| EC | SVP | Thorne, Steven | |
| LD | SVP | *Tirella, Martin* | |
| Corp | COO | Wuestneck, John | |
| **TOTAL SENIOR MANAGEMENT (SVP and above)** | | | **205,000** |

| Employee | 2013 RETENTION BONUS total |
|---|---|
| Wilcox, Dee Ann | |
| LaRosa, Anthony | |
| Miduski, Shannon | |
| Reduble, Tricia | |
| Toomer, Robert | |
| DeFelicis, Gerald | |
| Chocolate, Jennifer | |
| Cole, Paula | |
| Hillyard, Karina | |
| Richardson, Herbert | |
| Rubano, Eileen | |
| Trafer, Joanna | |
| Wertswa, Kimberly | |
| Garner, Ryan | |
| Johnson, Hanifa | |

*Approved by Judge Michael Kaplan May 06, 2013*

Gagliano, Colleen
Hourihan, Colleen
Mcfeely, Arlene
Petrillo, Lori
Petrosino, Laura
Rauber, Jennifer
Rospos, Kerri
Santos, Misty
Wetzel, Christopher
Zeak, Alice
Gagliardo, Daniel
Soufleris, Beth
Trembly, Rochelle
Faria, Pedro
Murillo, Carlos
O'Neill, James
Pinzon, Jose (Rob)
Shapiro, Jonathan
Storbeck, Jason
Avent, Mallory
Donaldson, Barbara
Miller, Douglas
Wolf, Susan - P/T 32 Hrs/Wk
Amatucci, Diane
Augustyniak, Angelica
Friedmann, Nancy J.
Garifine, Noelle
Greany, Michelle
Roberts, Paula
Brys, Thomas
Conte, Andrew
Deedy, Matthew
Genna, Gerard
Harding, David
Mandzik, Michael
Pasca, Tara
Trumbetti, Michelle

Raymond, Jeffrey
Casino, Michael
Colby, James J.
DeGennaro, Richard
Donatelli, Jack
Egner, Edward
Haefner, Theodore
Levine, Allison
Lindner, Richard K.
Mieth, James
Pacheco, Daniel (cad)
Sawitsky, Chris
Shah, Jigesh R.
Soussou, Steven
Chahal, Sonali
Dandeo, John
Dobson, Wickam
Jiang, Bei
Patel, Avinash
Paul, Michael
Sousa, James
Dhar, Sunita
Eudell, Jared
Martucci - Luisi, Ann Marie
Medley, Tiffany
Sidhoum, Mohammed
Blom, Bettina
Burns-Sommer, Melissa
Cisternas, Sandra
Derosa, Margaret
Robinson, Sonia
Vignali, Bernie
Calvert, Patricia
Clayton, Kimberly
Duba, James
Fromtling, Robert
Haraz, Gary

Heumiller, Michael
Kozic, Jeffrey
Lokko, Jonathan
Mackle, Pearse
Martin, Joseph
Millington, Sean
Salvatore, Christine
Sauer, Lisa
Segarra, Marissa
Sullivan, Edward
Toohey, Bryan
Watson, C. Chris
Alvarez, Jamie
Bachman, David
Burak, Roman
Christiansen, Erich
Cruz, Romeo
Fagan, Gregory
Furson, Gregg
Hammache, Hamid
Hardial, Vishnudat
Matsay, Laszlo
Oelschlager, Ethan
Paltingca, Isabelo
Pascual, Jenaro
Weaver, Carolyn
Burns, Kevin
Genna, Matthew
Guilmette, Patrick
Haines, Shari
Marzullo, Martin
Rack, Timothy
Schaefer, Daniel
Maitland, Brian
Kremen, Arie
Colatrella, Laurie
Dender, Mary

Jackson, Susan
Kendall, John
Calabrese, Paul
De Jong, Debby
Decotiis, Nicholas
Hall, Donovan
Reimer, William
Rioux, Tim
Woolley, John
Manson, Denise
Brown, Dennis
Germano, Corey
Glazewski, John
Hering - Elliott, Katherine
Hughes, Patrick
Krawet, Samuel
Mitchell, Timothy
Myerson, Lewis
Rocco, Ralph
Rupp, Troy
Wilber, David
Wogisch, Gary
Nolan, Paul
Cifelli, Mark
Giurintano, James
Harris, Russel
Hilla Alan Jr
Holloway, Chas.
Odud, Claire
Chavan, Sanyogita
Janota, Jeffrey
Walsh, Kaitlyn
Garrett, Thomas
Kouka, Olga
Miskovich, Frank
Soltys, Michael
Squibb, Steven

Frazee, Jerry
Fellers, Gary
Brady, Elizabeth
Check, Eileen
Cusa, Eileen
Funk, Dawn
Rizzuto, Joan
Sorian, Art
Giacobbe, Daniel
Gray, John
Lindner Jr, Joseph
Reardon, William
Russo, Christopher
Savage, Sean
Scott, Phillip
Zwarycz, Brian
Mccormack, Donna
Testa, David
Alexander, John
Applegate, Harry
Ashton, Mark
Barlowski, Frank
Black, Craig
Bloodgood, Brian
Eipert, Sean
Hinck, John
Massey, John
Reber, Mark
Smith, Brian
Smith, Spencer
Stolte, Roger
Jordan, Kaitlyn
Sisk, Kenneth

| | |
|---|---:|
| **TOTAL STAFF** | 523,300 |
| **GRAND TOTAL** | **728,300** |

*Approved by Judge Michael Kaplan May  06, 2013*