

Order Filed on 05/17/2013 by Clerk U.S. Bankruptcy Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
Caption in Compliance with D.N.J. LBR 9004-2(c)
WASSERMAN, JURISTA & STOLZ, P.C.
225 Millburn Avenue, Suite 207
PO Box 1029
Millburn, New Jersey 07041
Tele: (973) 467-2700 / Fax: (973) 467-8126
Proposed Counsel for Edwin H. Stier,
Chapter 11 Trustee
DANIEL M. STOLZ (DS-1827)
Donald W. Clarke (DC-7478)

In re:

BIRDSALL SERVICES GROUP, INC., et al.,

Debtors.

Case No.:    13-16743 (MBK)

Chapter 11
(Jointly Administered)

Judge: Michael B. Kaplan

## FOURTH INTERIM ORDER AUTHORIZING THE USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363(c)(2) AND FEDERAL RULE BANKRUPTCY PROCEDURE 4001 AND SCHEDULING FURTHER HEARING DATE

The relief set forth on the following pages numbered two (2) through three (3) is hereby ORDERED.

THIS MATTER having been opened to the Court by Edwin H. Stier ("Trustee"), Chapter 11 Trustee for Birdsall Services Group, Inc. and BSG Engineering, Surveying & Landscape Architecture, LLC, the within debtors (collectively, the "Debtors"), by and through the Trustee's attorneys, for continued authority to use Bank of America, N.A.'s ("Bank of America") cash collateral[1] on an interim basis pursuant to Federal Rule of Bankruptcy Procedure 4001(b) and 11 U.S.C. § 363(c)(2); and it appearing that the Trustee, Bank of America and the

---

[1] To the extent that Bank of America has valid, unavoidable liens on the Debtors' assets.

1598244.1

**DATED: 05/17/2013**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtors:          Birdsall Services Group, LLC, et al.
Case No.:         13-16743 (MBK)
Caption of Order: Fourth Interim Order Authorizing the Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2) and Federal Rule of Bankruptcy Procedure 4001 and Scheduling a Further Hearing Date

State of New Jersey (the "State") have reached an agreement with regard to the continued use of cash collateral; and with good and sufficient cause appearing for the entry of the within order, it is hereby ORDERED that:

1. The terms and conditions of the (CORRECTED) Third Interim Order Authorizing The Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2) And Federal Rule Bankruptcy Procedure 4001 and Scheduling Final Hearing Date, entered by this Court on April 22, 2013 (the "Third Interim Cash Collateral Order"), shall continue in full force and effect up to and through June 14, 2013, with the following exceptions:

   (a) the Cash Collateral Budget, as defined in paragraph I. of the Third Interim Cash Collateral Order, and attached thereto, shall be replaced by the budget attached hereto as Exhibit "A"; and

   (b) a further interim hearing on the Trustee's continued use of Bank of America's Cash Collateral will be held on June 13, 2013 at 10:00 a.m. in Courtroom # 3 of the United States Bankruptcy Court, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, New Jersey, and any creditor or other interested party having an objection to the continued use of the Bank of America's Cash Collateral shall file with the Clerk of this Court and serve upon counsel for the Trustee, counsel to Bank of America, counsel to the State of New Jersey, the Office of the United States Trustee and counsel to the Official Committee of Unsecured Creditors, if any, on or before June 11, 2013 at 5:00 p.m. any such objection. If

1398244.1

Page 3
Debtors:           Birdsall Services Group, LLC, et al.
Case No.:          13-16743 (MBK)
Caption of Order:  Fourth Interim Order Authorizing the Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2)
                   and Federal Rule of Bankruptcy Procedure 4001 and Scheduling a Further Hearing Date

no objections are filed and advocated at such hearing, then this Order shall continue in full force and effect pending further Order of this Court.

The undersigned consent to the form and entry of the within Order.

WASSERMAN, JURISTA & STOLZ, P.C.
Counsel to Chapter 11 Trustee

By: _____
    DANIEL M. STOLZ


SILLS, CUMMIS & GROSS, P.C.
Special Counsel to the State of New Jersey

By: _____
    ANDREW H. SHERMAN


WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER, LLP
Counsel to Bank of America, N.A.


By: _____
    SCOTT A. ZUBER

1598744 1

Page 3
Debtors:      Birdsall Services Group, LLC, et al.
Case No.:     13-16743 (MBK)
Caption of Order: Fourth Interim Order Authorizing the Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2) and Federal Rule of Bankruptcy Procedure 4001 and Scheduling a Further Hearing Date

no objections are filed and advocated at such hearing, then this Order shall continue in full force and effect pending further Order of this Court.

The undersigned consent to the form and entry of the within Order.

WASSERMAN, JURISTA & STOLZ, P.C.
Counsel to Chapter 11 Trustee

By: _____
    DANIEL M. STOLZ


SILLS, CUMMIS & GROSS, P.C.
Special Counsel to the State of New Jersey

By: _____
    ANDREW H. SHERMAN


WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER, LLP
Counsel to Bank of America, N.A.

By: _____
    SCOTT A. ZUBER

1598244.1

BIRDSALL SERVICES GROUP, INC.
Weekly Projected Cash Flow through
6/14/2013

|  | Proj Wk 1 W/E 5/24/2013 | Proj Wk 2 W/E 5/31/2013 | Proj Wk 3 W/E 6/7/2013 | Proj Wk 4 W/E 6/14/2013 |
|---|---|---|---|---|
| **Cash Receipts:** | | | | |
| A/R Collections | 375,000 | 375,000 | 375,000 | 375,000 |
| Misc/Other collections | - | - | - | - |
| Proceeds from Sale of Company | - | - | - | - |
| Surrender of Life Insurance Policies | - | - | - | - |
|  | 375,000 | 375,000 | 375,000 | 375,000 |
| **Disbursements:** | | | | |
| Net Payroll & Taxes | 625,000 | - | 625,000 | - |
| Retention Bonus' | - | - | - | - |
| Benefits - fund 'ee 401k, dental,disab, life | 80,000 | 40,000 | 80,000 | 40,000 |
| Benefits - medical Claims Acct (Self Ins Medical Plan) | 60,000 | 60,000 | 60,000 | 60,000 |
| **Rent:** | | | | |
| Eatontown | - | - | 69,000 | - |
| Cranford | - | - | 68,000 | - |
| Voorhees | - | - | - | - |
| White Plains | - | - | - | - |
| NYC | - | - | - | - |
| Rent - Storage facilities | - | - | 3,600 | - |
| Utilities (excl Sea Girt, Newark) | - | 11,000 | - | - |
| **Real Estate Taxes** | | | | |
| Barnegat (Owned - listed for sale)  ($3,500 5/1, 8/1) | - | - | - | - |
| Professional Fees - Re-Org (1st Qtr) | - | - | - | - |
| Professional Fees - Tax/Audit/Review | - | - | - | - |
| Professional Fees - Investment Banker/sale | - | - | - | - |
| Trustee Fees and Bond | - | - | - | - |
| Telephones | 20,000 | - | - | 20,000 |
| Computer Communications | 20,000 | - | - | 20,000 |
| Public Relations - Internal-external communications | 9,500 | - | 9,500 | - |
| Marketing /Business Development | 2,500 | 2,500 | 2,500 | 2,500 |
| Subcontractors/Subconsultants | 35,000 | 35,000 | 35,000 | 35,000 |
| Vehicles - Fuel & Maintenance | 1,000 | 1,000 | 1,000 | 1,000 |
| Print/Reproduction Equipment | 9,000 | 9,000 | 9,000 | 9,000 |
| Field Equipment/Supplies | 1,000 | 1,000 | 1,000 | 1,000 |
| Medical Testing - Field personnel | - | - | 3,000 | - |
| Postage, UPS and Office Supplies | 1,000 | 1,000 | 1,000 | 1,000 |
| Payroll Service (ADP) | 2,500 | - | 2,500 | - |
| H.R. Expenses | 1,000 | 1,000 | 1,000 | 1,000 |
| Credit Cards - ezpass, IT, marketing, supplies | - | - | 26,000 | - |
| Employee Expense reimbursements - mileage, tolls, misc | 10,000 | - | 9,000 | - |
| Misc Other expenses | 10,000 | 10,000 | 10,000 | 10,000 |
| Insurance - premiums on CSV policies | 5,000 | 5,000 | 5,000 | 5,000 |
| Insurance - term policy | - | - | - | - |
| Bank Interest | - | 3,246 | 2,500 | - |
| Bank Principal | - | 50,085 | - | - |
| Taxes | - | - | - | - |
| Voided checks | - | - | - | - |
| Transfer between accts | - | - | - | - |
| Fund State account for Forfeiture | - | - | - | - |
|  | 892,500 | 229,831 | 1,023,600 | 205,500 |
| Net Cash Flow | (517,500) | 145,169 | (648,600) | 169,500 |
| Cash, Beginning of Week (Budget was estimated) | 2,923,716 | 2,406,216 | 2,551,386 | 1,902,786 |
| Cash, End of Week | 2,406,216 | 2,551,386 | 1,902,786 | 2,072,286 |

*Approved by Judge Michael Kaplan May 17, 2013*