Order Filed on
05/28/2013
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>WASSERMAN, JURISTA & STOLZ, P.C.<br>225 Millburn Avenue, Suite 207<br>PO Box 1029<br>Millburn, New Jersey  07041<br>Tele: (973) 467-2700 / Fax:  (973) 467-8126<br>Proposed Counsel for Edwin H. Stier,<br> Chapter 11 Trustee<br>**DONALD W. CLARKE (DC-7478)** | |
| In Re:<br><br>**BIRDSALL SERVICES GROUP, INC.**, *et al.*,<br><br>Debtors. | Case No.: 13-16743<br><br>Honorable Michael B. Kaplan<br><br>Chapter: 11 |

**ORDER AUTHORIZING RETENTION OF BROWN, MOSKOWITZ & KALLEN, P.C.**
**AS SPECIAL TRANSACTIONAL AND CORPORATE COUNSEL TO**
**CHAPTER 11 TRUSTEE NUNC PRO TUNC TO APRIL 16, 2013**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: 05/28/2013**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re: Birdsall Services Group, Inc., et al.

Case No.: 13-16743(MBK)

Applicant:

    ✓ Trustee:   ☐ Chap. 7   ☐ Chap. 11   ☐ Chap. 13

    ☐ Debtor:   ✓ Chap. 11   ☐ Chap. 13

    ☐ Official Committee of _____

Name of Professional: Brown, Moskowitz & Kallen, P.C.

Address of Professional: 75 Main St., Suite 203

Millburn, New Jersey 07041

☐ Attorney for:
    ☐ Trustee   ☐ Debtor-in-possession
    ☐ Official Committee of _____

☐ Accountant for:
    ☐ Trustee   ☐ Debtor-in-possession
    ☐ Official Committee of _____

✓ Other Professional:
    ☐ Realtor   ☐ Appraiser   ✓ Special Transactional and Corporate Counsel   ☐ Auctioneer
    ☐ Other (specify):

_____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1. The applicant, Edwin H. Stier, Chapter 11 Trustee of Birdsall Services Group, et al., is authorized to retain the professional, Brown, Moskowitz & Kallen, P.C., to act as special counsel.

2. Compensation shall be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

3. The effective date of the retention is April 16, 2013.

2

*Approved by Judge Michael Kaplan May 28, 2013*