**ROGUT McCARTHY LLC**
37 Alden Street
Cranford, New Jersey 07016
(908) 931-1150 Fax (908) 931-1151
Attorneys for Foglio Associates, LP

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY – TRENTON VICINAGE

| | |
|---|---|
| IN RE:<br><br>BIRDSALL SERVICES GROUP, INC. et al.,[1] | CHAPTER 11<br><br>CASE NO. 13-16743-MBK |

**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY**

**TO:**   All Parties-in-Interest

**PLEASE TAKE NOTICE** that on July 8, 2013, at 9:00 a.m., or as soon thereafter as counsel may be heard, at the Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, New Jersey, Foglio Associates, LP ("Ms. Foglio")[2], by and through her attorneys, Rogut McCarthy LLC, shall make an application to the United States Bankruptcy Court, District of New Jersey, pursuant to 11 U.S.C. §362 requesting an Order permitting Ms. Foglio relief from the automatic stay so that she may proceed with her state court action to the point of either settlement or verdict and the amount of her claim may be liquidated.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Ms. Foglio will rely on the attached Certification of Daniel J. McCarthy.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith.

---

[1] The Jointly administered Chapter 11 Debtor is BSG Engineering, Surveying & Landscape Architecture, LLC.
[2] The principal of Foglio Associates is Christiana Foglio, and thus, references herein are to Ms. Foglio.

2

**PLEASE TAKE FURTHER NOTICE** that if you wish to contest this Motion, you must file a written response with the Clerk of the Bankruptcy Court and serve a copy of the responding papers on the undersigned counsel not later than seven (7) days before the date of the hearing. If you fail to file a written response, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

          **ROGUT McCARTHY LLC**
          Attorneys for Foglio Associates, LP

          /s/ Daniel J. McCarthy
          Daniel J. McCarthy

Date: June 19, 2013