Order Filed on
06/21/2013
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**WASSERMAN, JURISTA & STOLZ, P.C.**<br>225 Millburn Avenue - Suite 207<br>Millburn, New Jersey  07041<br>Phone: (973) 467-2700<br>Fax: (973) 467-8126<br>Counsel to Edwin H. Stier, Esq.,<br>Chapter 11 Trustee<br>**DANIEL M. STOLZ**<br>**DONALD W. CLARKE** | |
| **In Re:**<br><br>**BIRDSALL SERVICES GROUP, INC.**, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 13-16743<br>(Jointly Administered Case No. 13-16746)<br><br>Hon. Michael B. Kaplan |

**ORDER AUTHORIZING THE TRUSTEE TO ASSUME AND ASSIGN CERTAIN
CONTRACTS TO MASER CONSULTING, P.A**.
<u>PURSUANT TO 11 U.S.C. §§ 105(a), 365(a) AND 365(f)</u>

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: 06/21/2013**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

| | |
|---|---|
| Debtor: | **BIRDSALL SERVICES GROUP, INC.** |
| Case no.: | 13-16743 (Jointly Administered Case No.: 13-16746) |
| Caption of Order: | Order Authorizing the Trustee to Assume and Assign Certain Contracts to Maser Consulting, P.A. Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 365(f) |

---

**THIS MATTER**, having been opened to the Court by Edwin H. Stier, Esq., Chapter 11 Trustee (the "Trustee") for the above-referenced jointly administered estates of Birdsall Services Group, Inc. ("Birdsall") and BSG Engineering, Surveying and Landscaping Architecture, LLC ("BSG", collectively with Birdsall, the "Debtors"), by and through his counsel, Wasserman, Jurista & Stolz, P.C., upon motion for entry of an Order Authorizing the Trustee to Assume and Assign Certain Contracts to Maser Consulting, P.A. Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 365(f), and the Court having reviewed the Trustee's motion, application, certification and any opposition thereto and finding good cause for the entry of this Order, it is hereby

**ORDERED**, that the proposed assumption and assignment of certain Construction Division Group contracts to Maser Consulting, P.A., pursuant to the *Assumption and Assignment Agreement* attached as **Exhibit "A,"** be and hereby is approved; and it is further

**ORDERED**, that the proposed assumption and assignment of certain Water Resources Group contracts to Maser Consulting, P.A., pursuant to the *Assumption and Assignment Agreement* attached as **Exhibit "B,"** be and hereby is approved; and it is further

**ORDERED**, that the Trustee, be and hereby is authorized to take all actions necessary and to sign all documents required to consummate the proposed assignment.

*Approved by Judge Michael Kaplan June 21, 2013*