Case 13-16743-MBK    Doc 257-4    Filed 07/09/13    Entered 07/09/13 11:49:55    Desc
Schedule A    Page 1 of 2

BIRDSALL SERVICES GROUP, INC., et al.  Schedule A  Rejected Client Contracts
Case No. 13-16743

| Client | Project | Project No. |
|---|---|---|
| AJD Construction | South Waterfront – Hoboken | 297009 |
| Applied Companies | Port Liberte Geotech Consulting | 600767101764 |
| Applied Companies | Sheeting and Road Extension – Hoboken | 299093 |
| Applied Companies | South Waterfront Redevelopment - Hoboken | 200146 |
| Applied Companies | The Shipyard –Hoboken | 20214 |
| Applied Development | Hoboken Pier 1 | 500767003900 |
| Atlantic Highlands | Bayshore Trail Design | 207347420003 |
| Atlantic Highlands | Bayshore Trail Restoration | 207347420011 |
| Atlantic Realty | Grande At Battleground | A95058BS |
| Atlantic Realty | Woodhaven Village Section 2 | 505978000200 |
| Bay Head Yacht Club | Phase I Structural Evaluation | 2438101000 |
| City of Longbranch | Long Branch Gen Engineering | 6544000013 |
| City of Peekskill | Nielson Grg Condition Survey | 911103000 |
| CME Associates | Calculations for Timber Piles –Hoboken | 200088 |
| Confer Realty LLC | 90 Unit Affordable Housing | 71076301 |
| County of Middlesex | Construction Admin Svc | 907074400012 |
| County of Middlesex | Drainage Roadway Improvmts | 7074100000 |
| County of Middlesex | Drainage Roadway Improvmts | 707410100 |
| County of Middlesex | Drainage Roadway Improvmts | 7074101001 |
| County of Middlesex | Imprvmts to River Road | 27074400009 |
| County of Middlesex | Main Street & Devoe Ave | 2707440008 |
| County of Middlesex | Main Street Washington Ave | 7074103000 |
| County of Middlesex | New Market Road Conrail | 27074400004 |
| County of Middlesex | Old Bridge Englishtown Rd | 27074400005 |
| County of Middlesex | Old Bridge Turnpike Milltown | 27074400011 |
| County of Middlesex | Pergola Matchaponix Ave | 50132005 |
| County of Middlesex | Stelton Rd Cumberland Lkvw | 27074400006 |
| County of Middlesex | Summerhill/E.Brunswick | 207074400001 |
| County of Middlesex | Washington Avenue Roadway | 303060 |
| County of Middlesex | Zirkel Ave Culvert Replacmnt | 7074102000 |
| County of Middleton NY | Mill Pond Raw Water Pmpstn | 8090549901 |
| Cumberland County Improvement Authority | Energy Consulting Services | 610002102064 |
| DI Group Architecture | East Orange Redevelopment Agency | 52024 |
| DMR Architects | Hudson County Plaza/Block Drug | 51392 |
| Export Packaging LLC | 110 Snyder Road | 2191100000 |
| Fair Lawn Zoning Board of Adjustment | ZBR David Neidani/7-02 Harrison Drive | 207160002800 |
| Foglio and Associates | Stockton Property | 52604 |
| Foglio and Associates | Stockton Property | 70563 |
| Garden State Landscape Products | Laboratory Testing Services - Oxford | 602124102832 |
| Guenther and Hee | Paterson School 24 | 203119 |
| Guenther and Hee | Paterson School 24 & 25 | 303063 |
| Guenther and Hee | Paterson School 24 and 25 | 503137 |
| Hoboken University Medical Center | Third Floor, South Laboratory | 1145100000 |
| Hudson County | Weehawken Cove Walkway | 201008000100 |
| Iron State Development | Pier 3 Marina | 60767101000 |
| IronState Development | Proposed Block 11 Dvelpmnt | 1229101000 |
| Jersey City, City of | Green Street Extension | 30501108000 |
| Jersey City, City of | Green Street Extension | 20008301 |
| Johnson Jones Architects & Planners | St. Peters Village | 501402000100 |
| L&R Investments | Wally Park Garage Remediation | 970229100000 |
| Lake Como | Marina Dock Repairs | 6007013 |
| Lake Como Borough | Improvements to 19th Avenue | 200006400012 |
| Matrix Development Group | Matrix Corporate Center | 230342000100 |

Case 13-16743-MBK    Doc 257-4    Filed 07/09/13    Entered 07/09/13 11:49:55    Desc
Schedule A    Page 2 of 2

BIRDSALL SERVICES GROUP, INC., et al.　　　　　　　　　　　Schedule A　　　　　　　　　　　Rejected Client Contracts
Case No. 13-16743

| Client | Project | Number |
|---|---|---|
| Matrix Development Group | NLCC Garage-Steel Beams/Columns | 30352112000 |
| Middlesex County | Summerhill/E. Brunswick | 207074400001 |
| Mr. Steven Lang, Esq | Steven Lang Delaware Twnshp | 70282100000 |
| Newark Academy | Livingston- Newark Academy Master Plan – Phase 2 | 71022602 |
| Penrose Properties | Alexander Hamilton Redev | 6845101001 |
| Penrose Properties | Apollo Dye Redevelopment | 6845107000 |
| Penrose Properties | Arts Building | 6845100000 |
| Persistent Construction | 333 Sylvan Ave Garage Shoring | 404330100490 |
| Port Liberte Homeowners Association | PLHOA v. Walker Diving | 3032100000 |
| Prysmian Power Cable & Systems | Hudson Transmission Project | 501965000100 |
| RBA Group | Grand Cascades Lodge Phase I | 410068 |
| Rome Partners LLC c/o Cornerstone Development | Lessard White Plains | 70682202 |
| SSP Architectural Group | Gill St. Bernard Chapin Study Bldg | 330058034500 |
| SSP Architectural Group | Gill St. Bernard Elec. Redesign | 330058030580 |
| SSP Architectural Group | Gill St. Bernards Academic Center | 430058060670 |
| Stafford Township Planning Board | PBR-Serenity Oaks Major Subdivision | 206858100610 |
| Strategic Environmental | Fenimore Landfill Closure | 1620101000 |
| Strauss Discount Auto | UST Removal Services | 62475 |
| Township of Marlboro | Env Services Soccer Field | 906957100000 |
| Township of West Orange | West Orange Dept of Public | 907101100000 |
| USA Architects | Bridgewater Municipal Complex | 61769 |
| USA Architects | Morris School District – Trans. Bldg. – Retaining Wall | 30014106000 |
| Yezzi Associates, LLC | Addition to Park Avenue Elementary School | 203113 |
| Yezzi Associates, LLC | Park Avenue Elementary School | 51550 |