Order Filed on
**7/22/2013**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| **WASSERMAN, JURISTA & STOLZ, P.C.** |
| 225 Millburn Avenue - Suite 207 |
| Millburn, New Jersey  07041 |
| Phone: (973) 467-2700 |
| Fax: (973) 467-8126 |
| Counsel to Edwin H. Stier, Esq., |
| Chapter 11 Trustee |
| **DANIEL M. STOLZ** |
| **DONALD W. CLARKE** |

| | |
|---|---|
| **In Re:** | Chapter 11 |
| | |
| **BIRDSALL SERVICES GROUP, INC.**, *et al.*, | Case No. 13-16743 (Jointly Administered Case No. 13-16746) |
| Debtors. | Hon. Michael B. Kaplan |

AMENDED

**ORDER AUTHORIZING THE TRUSTEE TO REJECT EXECUTORY CLIENT CONTRACTS, UNEXPIRED EQUIPMENT LEASES AND UNEXPIRED NON-RESIDENTIAL REAL PROPERTY LEASES <u>PURSUANT TO 11 U.S.C. §§ 105(a) AND 365(a)</u> AND BANKRUPTCY RULE 6006**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED.**

**DATED: 7/22/2013**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

| | |
|---|---|
| Debtor: | **BIRDSALL SERVICES GROUP, INC.** |
| Case no.: | 13-16743 (Jointly Administered Case No.: 13-16746) |
| Caption of Order: | Order Authorizing the Trustee to Reject Executory Client Contracts, Unexpired Equipment Leases and Unexpired Non-Residential Real Property Leases Pursuant to 11 U.S.C. §§ 105(a) and 365(a) and Bankruptcy Rule 6006 |

---

**THIS MATTER**, having been opened to the Court by Edwin H. Stier, Esq., Chapter 11 Trustee (the "Trustee") for the above-referenced jointly administered estates of Birdsall Services Group, Inc. ("Birdsall") and BSG Engineering, Surveying and Landscaping Architecture, LLC ("BSG", collectively with Birdsall, the "Debtors"), by and through his counsel, Wasserman, Jurista & Stolz, P.C., upon motion for entry of an Order Authorizing the Trustee to Reject Executory Client Contracts, Unexpired Equipment Leases and Unexpired Non-Residential Real Property Leases Pursuant to 11 U.S.C. §§ 105(a) and 365(a) and Bankruptcy Rule 6006 and the Court having reviewed the Trustee's motion, application, certification and any opposition thereto and finding good cause for the entry of this Order, it is hereby

**ORDERED**, that the Trustee's Motion is GRANTED; and it is further

**ORDERED**, that the executory client contracts listed in the attached *Schedule "A"* are rejected as of the date of this Order; and it is further

**ORDERED**, that the unexpired equipment leases listed in the attached *Schedule "B"* are rejected as of the date of this Order; and it is further

**ORDERED**, that the unexpired non-residential real property leases listed in the attached *Schedule "C"* are rejected as of the Lease Rejection Date; and it is further

2

*Approved by Judge Michael Kaplan  July  22, 2013*

Page 3

| | |
|---|---|
| Debtor: | **BIRDSALL SERVICES GROUP, INC.** |
| Case no.: | 13-16743 (Jointly Administered Case No.: 13-16746) |
| Caption of Order: | Order Authorizing the Trustee to Reject Executory Client Contracts, Unexpired Equipment Leases and Unexpired Non-Residential Real Property Leases Pursuant to 11 U.S.C. §§ 105(a) and 365(a) and Bankruptcy Rule 6006 |

___

**ORDERED**, that the Trustee is authorized to abandon any fixtures or personal property located at the leased premises listed in the attached *Schedule "C"*; and it is further

**ORDERED**, that any party affected by a rejection caused by this Order shall file a Proof of Claim, if any, on or before thirty (30) days after the entry of this Order or be forever barred from asserting a claim in this case.

*Approved by Judge Michael Kaplan  July  22, 2013*

Case 13-16743-MBK    Doc 275    Filed 07/22/13    Entered 07/22/13 15:09:14    Desc Main
Document    Page 4 of 7

BIRDSALL SERVICES GROUP, INC., et al.                Schedule A                          Rejected Client Contracts
Case No. 13-16743

| Client | Project | Project No. |
|---|---|---|
| AJD Construction | South Waterfront – Hoboken | 297009 |
| Applied Companies | Port Liberte Geotech Consulting | 600767101764 |
| Applied Companies | Sheeting and Road Extension – Hoboken | 299093 |
| Applied Companies | South Waterfront Redevelopment - Hoboken | 200146 |
| Applied Companies | The Shipyard –Hoboken | 20214 |
| Applied Development | Hoboken Pier 1 | 500767003900 |
| Atlantic Highlands | Bayshore Trail Design | 207347420003 |
| Atlantic Highlands | Bayshore Trail Restoration | 207347420011 |
| Atlantic Realty | Grande At Battleground | A95058BS |
| Atlantic Realty | Woodhaven Village Section 2 | 505978000200 |
| Bay Head Yacht Club | Phase I Structural Evaluation | 2438101000 |
| City of Longbranch | Long Branch Gen Engineering | 6544000013 |
| City of Peekskill | Nielson Grg Condition Survey | 911103000 |
| CME Associates | Calculations for Timber Piles –Hoboken | 200088 |
| Confer Realty LLC | 90 Unit Affordable Housing | 71076301 |
| County of Middlesex | Construction Admin Svc | 907074400012 |
| County of Middlesex | Drainage Roadway Improvmts | 7074100000 |
| County of Middlesex | Drainage Roadway Improvmts | 707410100 |
| County of Middlesex | Drainage Roadway Improvmts | 7074101001 |
| County of Middlesex | Imprvmts to River Road | 27074400009 |
| County of Middlesex | Main Street & Devoe Ave | 2707440008 |
| County of Middlesex | Main Street Washington Ave | 7074103000 |
| County of Middlesex | New Market Road Conrail | 27074400004 |
| County of Middlesex | Old Bridge Englishtown Rd | 27074400005 |
| County of Middlesex | Old Bridge Turnpike Milltown | 27074400011 |
| County of Middlesex | Pergola Matchaponix Ave | 50132005 |
| County of Middlesex | Stelton Rd Cumberland Lkvw | 27074400006 |
| County of Middlesex | Summerhill/E.Brunswick | 207074400001 |
| County of Middlesex | Washington Avenue Roadway | 303060 |
| County of Middlesex | Zirkel Ave Culvert Replacmnt | 7074102000 |
| County of Middleton NY | Mill Pond Raw Water Pmpstn | 8090549901 |
| Cumberland County Improvement Authority | Energy Consulting Services | 610002102064 |
| DI Group Architecture | East Orange Redevelopment Agency | 52024 |
| DMR Architects | Hudson County Plaza/Block Drug | 51392 |
| Export Packaging LLC | 110 Snyder Road | 2191100000 |
| Fair Lawn Zoning Board of Adjustment | ZBR David Neidani/7-02 Harrison Drive | 207160002800 |
| Foglio and Associates | Stockton Property | 52604 |
| Foglio and Associates | Stockton Property | 70563 |
| Garden State Landscape Products | Laboratory Testing Services - Oxford | 602124102832 |
| Guenther and Hee | Paterson School 24 | 203119 |
| Guenther and Hee | Paterson School 24 & 25 | 303063 |
| Guenther and Hee | Paterson School 24 and 25 | 503137 |
| Hoboken University Medical Center | Third Floor, South Laboratory | 1145100000 |
| Hudson County | Weehawken Cove Walkway | 201008000100 |
| Iron State Development | Pier 3 Marina | 60767101000 |
| IronState Development | Proposed Block 11 Dvelpmnt | 1229101000 |
| Jersey City, City of | Green Street Extension | 30501108000 |
| Jersey City, City of | Green Street Extension | 20008301 |
| Johnson Jones Architects & Planners | St. Peters Village | 501402000100 |
| L&R Investments | Wally Park Garage Remediation | 970229100000 |
| Lake Como | Marina Dock Repairs | 6007013 |
| Lake Como Borough | Improvements to 19th Avenue | 200006400012 |
| Matrix Development Group | Matrix Corporate Center | 230342000100 |

*Approved by Judge Michael Kaplan  July  22, 2013*

**BIRDSALL SERVICES GROUP, INC., et al.**
**Case No. 13-16743**

**Schedule A** — **Rejected Client Contracts**

| Client | Project | Number |
|---|---|---|
| Matrix Development Group | NLCC Garage-Steel Beams/Columns | 30352112000 |
| Middlesex County | Summerhill/E. Brunswick | 207074400001 |
| Mr. Steven Lang, Esq | Steven Lang Delaware Twnshp | 70282100000 |
| Newark Academy | Livingston- Newark Academy Master Plan – Phase 2 | 71022602 |
| Penrose Properties | Alexander Hamilton Redev | 6845101001 |
| Penrose Properties | Apollo Dye Redevelopment | 6845107000 |
| Penrose Properties | Arts Building | 6845100000 |
| Persistent Construction | 333 Sylvan Ave Garage Shoring | 404330100490 |
| Port Liberte Homeowners Association | PLHOA v. Walker Diving | 3032100000 |
| Prysmian Power Cable & Systems | Hudson Transmission Project | 501965000100 |
| RBA Group | Grand Cascades Lodge Phase I | 410068 |
| Rome Partners LLC c/o Cornerstone Development | Lessard White Plains | 70682202 |
| SSP Architectural Group | Gill St. Bernard Chapin Study Bldg | 330058034500 |
| SSP Architectural Group | Gill St. Bernard Elec. Redesign | 330058030580 |
| SSP Architectural Group | Gill St. Bernards Academic Center | 430058060670 |
| Stafford Township Planning Board | PBR-Serenity Oaks Major Subdivision | 206858100610 |
| Strategic Environmental | Fenimore Landfill Closure | 1620101000 |
| Strauss Discount Auto | UST Removal Services | 62475 |
| Township of Marlboro | Env Services Soccer Field | 906957100000 |
| Township of West Orange | West Orange Dept of Public | 907101100000 |
| USA Architects | Bridgewater Municipal Complex | 61769 |
| USA Architects | Morris School District – Trans. Bldg. – Retaining Wall | 30014106000 |
| Yezzi Associates, LLC | Addition to Park Avenue Elementary School | 203113 |
| Yezzi Associates, LLC | Park Avenue Elementary School | 51550 |

**BIRDSALL SERVICES GROUP, INC., et al.**
**Case No. 13-16743**

**Schedule B — Rejected Equipment Leases**

| Vendor | Lease Agreement No. |
|---|---|
| De Lage Landen Financial Services | 25172701 |
| De Lage Landen Financial Services | 25172572 |
| De Lage Landen Financial Services | 25165380 |
| De Lage Landen Financial Services | 25178841 |
| Marlin Leasing Corp. | 401-0107652-002 |
| Marlin Leasing Corp. | 401-0107652-003 |
| Marlin Leasing Corp. | 401-0101652-004 |
| National Reprographics Inc. | 01012 |
| National Reprographics Inc. | 01012-rev 5 |
| Francotyp-Postalia, Inc. | White Plains |
| Francotyp-Postalia, Inc. | Voorhees |
| Francotyp-Postalia, Inc. | Cranford |
| Francotyp-Postalia, Inc. | Eatontown |
| Pitney Bowes | Eatontown |

*Approved by Judge Michael Kaplan  July  22, 2013*

**BIRDSALL SERVICES GROUP, INC., et al.**     **Schedule C**     **Rejected Property Leases**
**Case No. 13-16743**

| Landlord | Lease Premises | Tenant |
|---|---|---|
| Mack-Cali Building V Associates, LLC | 65 Jackson Drive, Cranford, NJ | Birdsall Services Group, Inc. |
| 611 Industrial Way, L.L.C. | 611 Industrial Way West, Eatontown, NJ | Birdsall Services Group, Inc. |
| Quaker Commercial Properties-One | 1101 Laural Oak Road, Suite 160, Voorhees, NJ | Birdsall Services Group, Inc. |
| CSMC 2006 C-5 Mamaroneck Avenue, LLC | 1311 Mamaroneck Avenue, White Plains, NY | BSG Engineering, Surveying & Landscape Architecture, LLC |
| John C. Curtis II | 35 Euclid Avenue, Manasquan, NJ | BSG Engineering, Surveying & Landscape Architecture, LLC |
| Samuel Klein and Company (Sub-Landlord) | 550 Broad Street, Newark, NJ | Birdsall Services Group, Inc. |

*Approved by Judge Michael Kaplan  July  22, 2013*