| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**WASSERMAN, JURISTA & STOLZ, P.C.**<br>225 Millburn Avenue - Suite 207<br>P.O. Box 1029<br>Millburn, New Jersey 07041<br>Phone: (973) 467-2700<br>Fax: (973) 467-8126<br>*Counsel to Trustee, Edwin H. Stier*<br>*DANIEL M. STOLZ, ESQ.*<br>*DONALD W. CLARKE, ESQ.* | Case No.: 13-16743(MBK)<br><br>Hearing Date: May 15, 2013 at 2:00 p.m. |
| In Re:<br><br>**BIRDSALL SERVICES GROUP, INC., et al,**<br><br>Debtor. | Judge: Michael B. Kaplan<br><br>Chapter: 11 |

## CERTIFICATION OF SERVICE

1. I, **MARIA A. SOUSA,**

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for DONALD W. CLARKE, ESQ., who represents the Chapter 11

    Trustee, Edwin H. Stier in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On July 30, 2013, I sent a copy of the following pleadings and/or documents to the parties listed

    in the chart below:

    - Order Shortening Time Period for Notice and Setting Hearing;
    - Application for Order Shortening Time;
    - Notice of Motion for an Order Authorizing Amendments to the Asset Purchase Agreement and Autorizing the Trustee to Enter into the Joint Representation Agreement with Partner Assessment Corporation;
    - Application in support thereof;
    - Proposed form of Order Authorizing Amendments to the Asset Purchase Agreement and Authorizing the Trustee to Enter into the Joint Representation Agreement with Partner Assessment Corporation.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: July 30, 2013

/s/ Maria A. Sousa
_____
MARIA A. SOUSA

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| MITCHELL HAUSMAN, ESQ.<br>OFFICE OF THE U.S. TRUSTEE,<br>U.S. DEPARTMENT OF JUSTICE<br>ONE NEWARK CENTER, SUITE 2100,<br>NEWARK, NEW JERSEY 07102 | Trial Attorney | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| **STATE OF NEW JERSEY**<br>DEREK A. MILLER<br>FOR: JEFFREY S. CHIESA, ATTY GENERAL STATE OF NEW JERSEY<br>DIV CRIMINAL JUSTICE, FINANCIAL & COMPUTER CRIMES BUREAU<br>5 EXECUTIVE CAMPUS,<br>CHERRY HILL, NEW JERSEY 08002 | Deputy Attorney General | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>☒ Other served upon counsel via e-mail<br>(as authorized by the court *) |
| ANDREW H. SHERMAN, Esq.<br>BORIS I. MANKOVETSKIY, Esq.<br>SILLS CUMMIS & GROSS P.C.<br>ONE RIVERFRONT PLAZA , NEWARK, NEW JERSEY 07102 | Special Counsel to State of New Jersey | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| SCOTT A. ZUBER, ESQ.<br>DANIEL F. FLORES, ESQ.<br>MARIE POLITO HOFSDAL, ESQ.<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br>200 CAMPUS DRIVE<br>FLORHAM PARK, NJ 07932 | Counsel to Bank of America | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>☒ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| MARK B. CONLAN, ESQ.<br>KAREN A. GIANNELLI, ESQ.<br>GIBBONS, PC<br>ONE GATEWAY CENTER<br>NEWARK, NJ 07102 | Counsel to Debtor and BSG Engineering, Surveying and Landscaping Architecture, LLC | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |

| | | |
|---|---|---|
| DAVID H. STEIN, ESQ.<br>WILENTZ, GOLDMAN & SPITZER, P.A.<br>90 WOODBRIDGE CENTER DRIVE<br>P.O. BOX 10<br>WOODBRIDGE, NJ 07095 | Counsel to Birdsall Services Group | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |
| EDWARD L. PAUL, ESQ.<br>PAUL & KATZ, ESQ.<br>1103 LAUREL OAK ROAD<br>SUITE 105C<br>VOORHEES, NJ 08043 | Counsel to Creditor Soil Borings, Inc. | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |
| GARY L. STEIN, ESQ.<br>O'DONNELL, WEISS & MATTEI, P.C.<br>41 EAST HIGH STREET<br>POTTSTOWN, PA 19464-5426 | Counsel for Creditor Keystone Engineering Group, Inc. | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>☒ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |
| JOEL R. GLUCKSMAN, ESQ.<br>SCARINCI HOLLENBECK, LLC<br>1100 VALLEY BROOK AVENUE<br>PO BOX 790<br>LYNDHURST, NJ 07071 | Counsel for True North Emergency Management, LLC | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |
| DAVID N. RAVIN, ESQ.<br>BETH J. ROTENBERG, ESQ.<br>WOLFF & SAMSON PC<br>ONE BOLAND DRIVE<br>WEST ORANGE, NJ 07052 | Counsel to Creditor Mack-Cali Building | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |
| JEFFREY T. TESTA, ESQ.<br>CLEMENT J. FARLEY, ESQ.<br>SCOTT H. BERNSTEIN, ESQ.<br>McCARTER & ENGLISH, LLP<br>FOUR GATEWAY CENTER<br>100 MULBERRY STREET<br>NEWARK, NJ 07102 | Counsel to John C. Morris, Jr. | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |

| | | |
|---|---|---|
| **Donald F. Campbell, Jr., Esq.**<br>Giordano, Halleran & Ciesla, PC<br>125 Half Mile Road, Suite 300<br>Red Bank, NJ 07701<br>Tel: 732-741-3900<br>Fax: 732-224-6599<br>E: dcampbell@ghclaw.com | *Attorneys for Partner Assessment Corporation* | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| **Jeffrey Kurtzman, Esq.**<br>Klehr, Harrison, Harvey, Branzburg, LLP<br>1835 Market Street<br>Philadelphia, PA 19103<br>Tel: 215-569-4493<br>Fax: 215-568-6603<br>Email: jkurtzman@klehr.com | *Attorneys for Preit Services, LLC as agent for Cherry hill Center, LLC and Moorestown Mall, LLC* | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Douglas J. McGill, Esq.<br>Webber McGill, LLC<br>760 Route 10, Suite 104<br>Whippany, New Jersey 07981<br>Tel: 973-739-9559<br>Fax: 973-739-9575<br>E: dmcgill@webbermcgill.com | *Attorneys for Daniel Swayze* | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Vincent F. Papalia, Esq.<br>Saiber, LLC<br>18 Columbia Turnpike<br>Suite 200<br>Florham Park, NJ 07932<br>T: 973-622-3333<br>F: 973-622-3349<br>E: vpapalia@saiber.com | *Attorneys for Robert M. Gerard* | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| James G. Aaron, Esq.<br>Ansell Grimm & Aaron, P.C.<br>1500 Lawrence Avenue<br>CN-7807<br>Ocean, NJ 07712<br>T: 732-922-1000<br>F: 732-643-5403<br>E: jga@ansellgrimm.com | *Attorneys for Creditor Richard Denny* | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |

| | | |
|---|---|---|
| Brian W. Hofmeister, Esq.<br>TEICH GROH<br>691 State Highway 33<br>Trenton, NJ 08619<br>T:  609-890-1500<br>F:  609-890-6961<br>E: bhofmeister@teichgroh.com | *Attorneys for the Official Committee of Unsecured Creditors* | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |
| Gilbert B. Weisman, Esq.<br>Becket & Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701<br>T:  610-644-7800<br>F:  610-993-8493<br>E:  notices@becket-lee.com | *Attorneys for American Express Bank, FSB* | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |
| Robert Barrett, Chairperson<br>Aqua Pro-Tech Labs<br>1275 Bloomfield Avenue<br>Building 6<br>Fairfield, NJ  07004 | *Creditor Committee Chairperson* | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>☒ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |
| Joseph Santiati<br>Gabel Associates, Inc.<br>417 Denisin Street<br>Highland Park, NJ  08904 | *Creditor Committee Member* | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>☒ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |
| Nelson Lucius<br>True North Emergency Managmeent, LLC.<br>512 Main Street, Suite 415<br>Fort Worth, TX  76102 | *Creditor Committee Member* | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>☒ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |
| Joseph A. Henderson, Jr.<br>11 Port-Au-Peck Avenue<br>Oceanport, NJ  07757 | *Creditor Committee Member* | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>☒ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |

| | | |
|---|---|---|
| Ralph D'Apuzzo<br>2093 Coles Avenue<br>Scotch Plains, NJ  07076 | *Creditor Committee Member* | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>☒ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.           *new. 3/15/12*