| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**WASSERMAN, JURISTA & STOLZ, P.C.**<br>225 Millburn Avenue - Suite 207<br>Millburn, New Jersey  07041<br>Phone: (973) 467-2700<br>Fax: (973) 467-8126<br>Counsel to Edwin H. Stier, Esq.,<br>Chapter 11 Trustee<br>**DANIEL M. STOLZ**<br>**DONALD W. CLARKE** | |
| **In Re:**<br><br>**BIRDSALL SERVICES GROUP, INC.**, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 13-16743<br>(Jointly Administered Case No. 13-16746)<br><br>Hon. Michael B. Kaplan |

### ORDER AUTHORIZING AMENDMENTS TO THE ASSET PURCHASE AGREEMENT AND AUTHORIZING THE TRUSTEE TO ENTER INTO THE JOINT REPRESENTATION AGREEMENT WITH PARTNER ASSESSMENT CORPORATION

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: 8/1/2013**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

| | |
|---|---|
| Debtor: | **BIRDSALL SERVICES GROUP, INC.** |
| Case no.: | 13-16743 (Jointly Administered Case No.: 13-16746) |
| Caption of Order: | Order Authorizing Amendments to the Asset Purchase Agreement and Authorizing the Trustee to Enter into the Joint Representation Agreement with Partner Assessment Corporation |

_____

**THIS MATTER**, having been opened to the Court by Edwin H. Stier, Esq., Chapter 11 Trustee (the "Trustee") for the above-referenced jointly administered estates of Birdsall Services Group, Inc. ("Birdsall") and BSG Engineering, Surveying and Landscaping Architecture, LLC ("BSG", collectively with Birdsall, the "Debtors"), by and through his counsel, Wasserman, Jurista & Stolz, P.C., upon motion for entry of an Order Authorizing Amendments to the Asset Purchase Agreement (the "APA") and Authorizing the Trustee to Enter into the Joint Representation Agreement (the "JRA") with Partner Assessment Corporation, and the Court having reviewed the Trustee's motion and any opposition thereto and finding good cause for the entry of this Order, it is hereby

**ORDERED**, that the Trustee's Motion is GRANTED; and it is further

**ORDERED**, the Trustee is authorized to take all necessary steps to make the proposed amendments to the APA; and it is further

**ORDERED**, the Trustee is authorized to enter into the Joint Representation Agreement.

*Approved by Judge Michael Kaplan  August 01, 2013*