| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>WASSERMAN, JURISTA & STOLZ, P.C.<br>225 Millburn Avenue, Suite 207<br>PO Box 1029<br>Millburn, New Jersey 07041<br>Tele: (973) 467-2700 / Fax: (973) 467-8126<br>Counsel for Edwin H. Stier, Chapter 7 Trustee<br>**DANIEL M. STOLZ (DS-1827)** | |
| In Re:<br><br>**BIRDSALL SERVICES GROUP, INC.,** *et al.*,<br><br>Debtors. | Case No.: 13-16743<br><br>Honorable Michael B. Kaplan<br><br>Chapter: 7 |

Recommended Local Form:    ✓ Followed    ☐ Modified

## APPLICATION FOR RETENTION OF PROFESSIONAL TO CHAPTER 11 TRUSTEE EFFECTIVE AUGUST 14, 2013 AND CERTIFICATE OF COMPLIANCE WITH D.N.J. LBR 2014-1(a)

1. The applicant, Edwin H. Stier, is the:

   ✓ Trustee:    ✓ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

   ☐ Debtor:    ☐ Chap. 11    ☐ Chap. 13

   ☐ Official Committee of _____

2. The applicant seeks to retain the following professional: Mercadien, P.C. of P.O. Box 7648, Princeton, New Jersey 08543 as:

   ☐ Attorney for:    ☐ Trustee    ☐ Debtor-in-Possession

   ☐ Official Committee of _____

   ☐ Accountant for:    ☐ Trustee    ☐ Debtor-in-possession

☐ Official Committee of _____

☒ Other Professional:

☐ Realtor ☐ Appraiser ☐ Special Counsel

☐ Auctioneer ✓ Other (specify): <u>Financial Advisors</u>

3. The employment of the professional is necessary because: The employment of the professional is necessary in order to provide the Trustee with financial consulting services.

4. The professional has been selected because: Mercadien, P.C., CPAs is well qualified to serve as financial consultant in these Chapter 7 proceedings.

5. The professional services to be rendered by Mercadien, P.C., CPAs are as follows:

(a) preparation of weekly cash flow projections;

(b) assisting in the analysis, planning and proposal of a plan of reorganization; and

(c) other financial services which may be required by the estate.

6. The proposed arrangement for compensation is as follows: All services will be billed in accordance with the rate structure set forth in the annexed Certification of Professional.

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe connection:

8. To the best of the applicant's knowledge, the professional (check all that apply):

✓ does not hold an adverse interest to the estate.

✓ does not represent an adverse interest to the estate.

✓ is a disinterested person under 11 U.S.C. § 101(14).

✓ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

☐ Other; explain:

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: Not applicable.

**WHEREFORE**, the applicant respectfully requests authorization to employ Mercadien, P.C., CPAs, effective August 14, 2013, as financial advisors to the Trustee, to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

        Respectfully submitted,

        **WASSERMAN, JURISTA & STOLZ, P.C.**
        **Counsel to Edwin H. Stier, Chapter 7 Trustee**

        By: /s/ Daniel M. Stolz           .
            DANIEL M. STOLZ

Dated: August 23, 2013

**CERTIFICATE OF COMPLIANCE WITH D.N.J. LBR 2014-1(a)**

I have complied with D.N.J. LBR 2014-1(a) by mailing a copy of this application to all the following who did not receive electronic notice from the Court: the United States Trustee, the Debtor and/or Debtor's attorney, the Trustee (as applicable), the secured creditors, the Official Committees (as applicable), and others requesting notice, all of whose addresses are shown on the attached service list, by regular mail, postage prepaid, within one (1) day after filing with the Court.

Date:  August 23, 2013.          Signed: */s/  Lorrie L. Denson*          .
                                 LORRIE L. DENSON

**BIRDSALL SERVICES GROUP, INC., et al.**
**CASE NO. 13-16743(MBK)**
**SERVICE LIST**

**Mitchell Hausman, Esq.**
United States Department of Justice
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102-5504
Tel:  (973) 645-3660
Fax: (973) 645-5993
Email: Mitchell.B.Hausman@usdoj.gov
*Counsel to U.S. Trustee*

**Derek A. Miller, Deputy Attorney General**
**For Jeffrey S. Chiesa, Attorney General State of New Jersey**
State of New Jersey, Division Criminal Justice
Financial & Computer Crimes Bureau
5 Executive Campus
Cherry Hill, New Jersey 08002

**Andrew H. Sherman, Esq.**
**Boris I. Mankovetskiy, Esq.**
Sills, Cummis & Gross, P.C.
One Riverfront Plaza
Newark, NJ 07102
Tel: 973-643-7000
Fax: 973-643-6500
Email: asherman@sillscummis.com
Email:  bmankovetskiy@sillscummis.com
*Special Counsel to State of New Jersey*

**Scott A. Zuber, Esq.**
**Daniel F. Flores, Esq.**
**Marie Polito Hofsdal, Esq.**
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
200 Campus Drive
Florham Park, NJ 07932
Tel:  973-624-0800
Fax:  973-624-0808
Email:  scott.zuber@wilsonelser.com
Email: daniel.flores@wilsonelser.com
Email:  marie.hofsdal@wilsonelser.com
*Attorneys for Bank of America*

**Mark B Conlan, Esq.**
**Karen A. Giannelli, Esq.**
Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Tel: 973-596-4500
Fax: 973-639-6356
Email: mconlan@gibbonslaw.com
Email: kgiannelli@gibbonslaw.com
*Attorneys for Debtor Birdsall Services Group, Inc.*

**David H. Stein, Esq.**
Wilentz, Goldman & Spitzer, P.A.
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095
Tel: (732) 636-8000
Fax : (732) 855-6117
Email: dstein@wilentz.com
*Attorneys for Birdsall Services Group, Inc.*

**Edward L. Paul, Esq.**
Paul & Katz, P.C.
1103 Laurel Oak Road, Suite 105C
Voorhees, NJ 08043
Tel: 856-435-6565
Fax: 856-435-7064
Email: elp@paulandkatzlaw.com
*Attorneys for Creditor Soil Borings, Inc.,*

**Gary L. Stein, Esq.**
O'Donnell, Weiss & Mattei, P.C.
41 East High Street
Pottstown, PA 19464-5426
Tel: 610-323-2800
Fax: 610-323-2845
Email: gstein@owmlaw.com
*Attorneys for Creditor Keystone Engineering Group, Inc.*

**Joel R. Glucksman, Esq.**
Scarinci Hollenbeck, LLC
1100 Valley Brook Avenue
PO Box 790
Lyndhurst, NJ 07071-0790
Tel: 201-896-4100
Fax: 201-896-8660
Email: jglucksman@scarincihollenbeck.com
*Attorneys for True North Emergency Management, LLC*

**David N. Ravin, Esq.**
**Beth J. Rotenberg, Esq.**
Wolff & Samson, PC
One Boland Drive
West Orange, NJ 07052
Tel: 973-530-2034
Fax: 973-530-2234
Email: dravin@wolffsamson.com
Email: brotenberg@wolffsamson.com
*Attorneys for Mack-Cali Building*

**Jeffrey T. Testa, Esq.**
**Clement J. Farley, Esq.**
**Scott H. Bernstein, Esq.**
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel: 973-622-4444
Fax: 973-624-7070
Email: jtesta@mccarter.com
Email: cfarley@mccarter.com
Email: sbernstein@mccarter.com
*Attorneys for John C. Morris, Jr.*

**Scott J. Freedman, Esq.**
Dilworth Paxson, LLP
457 Haddonfield Road, Suite 700
Cherry Hill, NJ 08002
Tel: 856-675-1962
Fax: 856-675-1862
E: sfreedman@dilworthlaw.com
*Attorneys for Hunter Roberts Construction Group, LLC*

**Donald F. Campbell, Jr., Esq.**
Giordano, Halleran & Ciesla, PC
125 Half Mile Road, Suite 300
Red Bank, NJ 07701
Tel: 732-741-3900
Fax: 732-224-6599
E: dcampbell@ghclaw.com
*Attorneys for Partner Assessment Corporation*

**Jeffrey Kurtzman, Esq.**
Klehr, Harrison, Harvey, Branzburg, LLP
1835 Market Street
Philadelphia, PA 19103
Tel: 215-569-4493
Fax: 215-568-6603
Email: jkurtzman@klehr.com
*Attorneys for Preit Services, LLC as agent for Cherry hill Center, LLC
 and Moorestown Mall, LLC*

Robert Barrett, Chairperson
Aqua Pro-Tech Labs
1275 Bloomfield Avenue
Building 6
Fairfield, NJ 07004
Tel: 973-227-0422
Fax: 973-227-2813
E: rbarrett@aquaprotechlabs.com
*Member of the Unsecured Creditor Committee*

Joseph Santiati
Gabel Associates, Inc.
417 Denisin Street
Highland Park, NJ 08904
Tel: 732-296-0770
Fax: 732-296-0799
E: joe@gabelassociates.com
*Member of the Unsecured Creditor Committee*

Nelson Lucius
True North Emergency Management, LLC
512 Main Street, Suite 415
Forth Worth, TX 76102
Tel:  817-201-1912
Fax:  817-870-2489
E:  nelson.lucius@neel-shaffer.com
*Member of the Unsecured Creditor Committee*

Joseph A. Henderson, Jr.
11 Port-Au-Peck Avenue
Oceanport, NJ 07757
Tel:  732-539-0193
E:  j.a.henderson.jr@gmail.com
*Member of the Unsecured Creditor Committee*

Ralph D'Apuzzo
2093 Coles Avenue
Scotch Plains, NJ 07076
Tel:  908-322-4346
Fax:  212-435-5644
E:  rdapuzzo@panynj.gov
*Member of the Unsecured Creditor Committee*

Douglas J. McGill, Esq.
Webber McGill, LLC
760 Route 10, Suite 104
Whippany, New Jersey 07981
Tel:  973-739-9559
Fax:  973-739-9575
E:  dmcgill@webbermcgill.com
*Attorneys for Daniel Swayze*

Vincent F. Papalia, Esq.
Saiber, LLC
18 Columbia Turnpike
Suite 200
Florham Park, NJ 07932
T:  973-622-3333
F:  973-622-3349
E:  vpapalia@saiber.com
*Attorneys for Robert M. Gerard*

James G. Aaron, Esq.

Ansell Grimm & Aaron, P.C.
1500 Lawrence Avenue, CN-7807
Ocean, NJ 07712
T:  732-922-1000
F:  732-643-5403
E:  jga@ansellgrimm.com
*Attorneys for Creditor Richard Denny*

Brian W. Hofmeister, Esq.
TEICH GROH
691 State Highway 33
Trenton, NJ 08619
T:  609-890-1500
F:  609-890-6961
E: bhofmeister@teichgroh.com
*Attorneys for the Official Committee of Unsecured Creditors*

Gilbert B. Weisman, Esq.
Becket & Lee LLP
POB 3001
Malvern, PA  19355-0701
T: 610-644-7800
F: 610-993-8493
E: notices@becket-lee.com
*Attorneys for American Express Bank, FSB*

Justin D. Santagata, Esq.
Kaufman, Semeraro & Leibman LLP
2 Executive Drive, Suite 530
Fort Lee, NJ  07024
T:  201-947-8855
F:  201-947-2402
*Attorneys for Bergen County Utilities Authority*

Stephen McNally, Esq.
Chiumento McNally, LLC
One Echelon Plaza
227 Laurel Road, Suite 100
Voorhees, NJ  08043
T:  856-317-9122
F:  856-317-2215
E:  smcnally@cmsfirm.com
*Attorneys for Yezzi Associates, LLC*

Niki Athanasopoulos, Esq., Sr. Deputy County Counsel

Middlesex County Counsel
Middlesex Administration Building
75 Bayard Street, Room 230
New Brunswick, NJ  08901
T:  732-745-3228
F:  732-745-4539
E:  niki.athanasopoulos@co.middlesex.nj.us

William G. Wright, Esq.
Capehart & Scatchard, PA
8000 Midlantic Drive, Suite 300S
Mt. Laurel, NJ  08054
T:  856-234-6800
F:  856-235-2786
E:  wwright@capehart.com
*Attorneys for Burlington County Board of Chosen Freeholders*

Paul R. DeFilippo, Esq.
John D. Giampolo, Esq.
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue, 12th Floor
New York, NY  10110
T:  212-382-3300
F:  212-382-0050
E:  pdefilippo@wmd-law.com
E:  jgiampolo@wmd-law.com
*Attorneys for Howard D. Birdsall, William T. Birdsall, and Alan P. Hilla*

Nicole Leonard, Esq.
Mcelroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ  07102-4079
T:  973-622-7711
F:  973-622-5314
E:  nleonard@mdmc-law.com
*Attorneys for City of Hackensack*

11

Russell J. Passamano, Esq.
DeCotiis, FitzPatrick & Cole, LLP
Glenpointe Centre West
500 Frank W. Burr Blvd., Suite 31
Teaneck, NJ  07666
T:  201-928-1100
F:  201-928-0588
*Attorneys for Township of Marlboro*