# WASSERMAN, JURISTA & STOLZ
## ATTORNEYS AT LAW



A PROFESSIONAL CORPORATION

ROBERT B. WASSERMAN
STEVEN Z. JURISTA
DANIEL M. STOLZ
LEONARD C. WALCZYK
SCOTT S. REVER**
DONALD W. CLARKE†
**ALSO MEMBER OF PA BAR
† ALSO MEMBER OF NY BAR

225 MILLBURN AVENUE - SUITE 207
P.O. BOX 1029
MILLBURN, N.J. 07041

www.WJSLAW.com

TEL (973) 467-2700
FAX (973) 467-8126

OF COUNSEL

STUART M. BROWN
KENNETH L. MOSKOWITZ†
NORMAN D. KALLEN
KEITH E. MARLOWE†

EMAIL: DCLARKE@WJSLAW.COM

September 11, 2014

**VIA CM/ECF and ELECTRONIC MAIL**

Honorable Michael B. Kaplan
United States Bankruptcy Court
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    **In re: Birdsall Services Group, Inc., et al.**
    **Jointly Administered Case No.: 13-16743 (MBK)**

Dear Judge Kaplan:

This firm represents Edwin H. Stier, Esq., Chapter 7 Trustee (the "Trustee") for the above-referenced jointly administered estates of Birdsall Services Group, Inc. and BSG Engineering, Surveying and Landscaping Architecture, LLC (collectively, "Birdsall" or, the "Debtors"). The purpose of this letter is to confirm that the hearing on *the Trustee's motion to abandon shall be heard on **November 3, 2014 at 2:00 p.m.***

I thank the Court for its consideration.

Respectfully submitted,

WASSERMAN, JURISTA & STOLZ, PC

DONALD W. CLARKE